UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre, </br></br>Plaintiff, </br></br>vs. </br></br>Reliance Standard Life Insurance Company, </br></br>Defendant. | Court File No. 17-cv-05134 (JRT-DTS) </br></br>**MOTION FOR SUMMARY JUDGMENT OF DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY** |

**TO: PLAINTIFF ABOVE-NAMED AND HER ATTORNEY KATHERINE L. MacKINNON AND NICOLET Y. LYON, LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C., 2356 UNIVERSITY AVENUE W., SUITE 230, ST. PAUL, MN 55114:**

Defendant Reliance Standard Life Insurance Company hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting its motion for summary judgment under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*, as amended. This motion is based upon the accompanying memorandum of law and Affidavit of William D. Hittler containing the Administrative Record in his matter.

2

NILAN JOHNSON LEWIS PA

Date: 10/ 1/18     By: */s/ William D. Hittler*
William D. Hittler (Reg. No. 153916)
Leah N. Kippola-Friske (Reg. No. 0395467)
120 South Sixth Street, Suite 400
Minneapolis, MN 55402-4501
Phone: 612-305-7500
Fax: 612-305-7501
whittler@nilanjohnson.com
lkippola-friske@nilanjohnson.com

**ATTORNEYS FOR DEFENDANT**