UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre,<br><br>  Plaintiff,<br><br>vs.<br><br>Reliance Standard Life Insurance Company,<br><br>  Defendant. | Court File No. 17-cv-05134 (JRT-DTS)<br><br>**NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT OF DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY** |

**TO: PLAINTIFF ABOVE-NAMED AND HER ATTORNEY KATHERINE L. MacKINNON AND NICOLET Y. LYON, LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C., 2356 UNIVERSITY AVENUE W., SUITE 230, ST. PAUL, MN 55114:**

PLEASE TAKE NOTICE that Defendant Reliance Standard Life Insurance Company, by its undersigned counsel, hereby moves the Court for summary judgment on Plaintiff's Amended Complaint, such motion to be presented to the Honorable John R. Tunheim in Courtroom 15, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota at a time and date to be determined by the Court, under and pursuant to Rule 56 of the Federal Rules of Civil Procedure.

NILAN JOHNSON LEWIS PA

Date: 10/1/18         By: */s/ William D. Hittler*
                         William D. Hittler (Reg. No. 153916)
                         Leah N. Kippola-Friske (Reg. No. 0395467)
                         120 South Sixth Street, Suite 400
                         Minneapolis, MN 55402-4501
                         Phone: 612-305-7500
                         Fax: 612-305-7501
                         whittler@nilanjohnson.com
                         lkippola-friske@nilanjohnson.com

**ATTORNEYS FOR DEFENDANT**