UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>Reliance Standard Life Insurance Company, <br><br>　　　　Defendant. | Court File No. 17-cv-05134 (JRT-DTS) <br><br>**MEET AND CONFER STATEMENT REGARDING DEFENDANT RELIANCE STANDARD'S MOTION FOR SUMMARY JUDGMENT** |

I, William D. Hittler, am one of the attorneys representing Defendant Reliance Standard Life Insurance Company in the above-referenced matter. I hereby certify that I met and conferred with Plaintiff, through her counsel, in an attempt to resolve the parties' differences and obviate the need for this motion. In accordance with Local Rule 7.1(a)(1), I submit this meet and confer statement to advise the Court that although the parties attempted to resolve this matter, they were unable to do so as of the date of this statement.

　　　　　　　　　　　　　　　　　　NILAN JOHNSON LEWIS PA

Date: 10/ 1/18　　　　　　　By:　*/s/ William D. Hittler*
　　　　　　　　　　　　　　　　　William D. Hittler (Reg. No. 153916)
　　　　　　　　　　　　　　　　　Leah N. Kippola-Friske (Reg. No. 0395467)
　　　　　　　　　　　　　　　　　120 South Sixth Street, Suite 400
　　　　　　　　　　　　　　　　　Minneapolis, MN 55402-4501
　　　　　　　　　　　　　　　　　Phone: 612-305-7500
　　　　　　　　　　　　　　　　　Fax: 612-305-7501
　　　　　　　　　　　　　　　　　whittler@nilanjohnson.com
　　　　　　　　　　　　　　　　　lkippola-friske@nilanjohnson.com
　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**