UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Reliance Standard Life Insurance Company,<br><br>　　　　　Defendant. | Court File No. 17-cv-05134 (JRT-DTS)<br><br>**[PROPOSED] ORDER** |

　　　　The following matter came before the Court upon the motion of Defendant Reliance Standard Life Insurance Company for summary judgment on Plaintiff's Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure.

　　　　Oral argument was conducted before the Court on _____.  Based upon the memoranda of law, arguments of counsel and all of the records and proceedings in this matter, the Court concludes that the decision of Defendant Reliance Standard Life Insurance Company to deny the claim of Plaintiff Melissa McIntyre for payment of long-term disability benefits under an employee welfare benefit plan sponsored by Immanuel St. Joseph's – Mayo Health System was supported by substantial evidence and therefore was not arbitrary and capricious under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.*

　　　　Accordingly, Defendant Reliance Standard Life Insurance Company is entitled to summary judgment as a matter of law with respect to Plaintiff's Complaint.  Plaintiff's motion for summary judgment is denied in its entirety.

2

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated:_____    _____
　　　　　　　　　　　　　　The Honorable John R. Tunheim
　　　　　　　　　　　　　　United States District Court Judge