## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre,<br><br>    Plaintiff,<br><br>v.<br><br>Reliance Standard Life Insurance Company,<br><br>    Defendant. | **Case No.: 17-CV-05134 JRT/DTS**<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

To:    Defendant above-named by and through its counsel of record, William Hittler and Lori A. Johnson, NILAN JOHNSON LEWIS P.A., Canadian Pacific Plaza Bldg., 120 South Sixth Street, Suite 400, Minneapolis, MN 55402

Plaintiff Melissa McIntyre moves the Court pursuant to Rule 56 of the federal rules of civil procedure for an ORDER granting her motion for summary judgment in the above-entitled case.  This motion is based on the accompanying memorandum of law as well as the affidavit of Attorney William Hittler containing the administrative record of this ERISA case.

Dated: October 1, 2018          **Respectfully submitted:**
**By: s/ Katherine L. MacKinnon**
Katherine L. MacKinnon (MN# 170926)
LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C.
2356 University Ave W. #230
St. Paul, MN 55114
Telephone: (952) 915-9215
Facsimile: (952) 915-9217
kate@katemackinnon.com
***Counsel for Plaintiff Melissa McIntyre***