## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre,<br><br>                    Plaintiff,<br>v.<br><br>Reliance Standard Life Insurance Company,<br><br>                    Defendant. | Case No.: 17-CV-05134 JRT/DTS<br><br>**PLAINTIFF'S NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that Plaintiff Melissa McIntyre, by her undersigned counsel, hereby moves the Court for summary judgment against Defendant Reliance Standard Life Insurance Company pursuant to Rule 56 of the Federal Rules of Civil Procedure. Such motion will be presented to the Honorable John R. Tunheim, United States District Court Judge, in Courtroom 15 of the United States District Courthouse, 300 South Fourth Street, Minneapolis, MN at such time and date as the Court shall subsequently determine.

Dated: October 1, 2018

**Respectfully submitted:**
**By: s/ Katherine L. MacKinnon**
Katherine L. MacKinnon (MN# 170926)
LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C.
2356 University Ave W. #230
St. Paul, MN 55114
Telephone: (952) 915-9215
Facsimile: (952) 915-9217
kate@katemackinnon.com
*Counsel for Plaintiff Melissa McIntyre*

1