UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre,<br><br>   Plaintiff,<br><br>vs.<br><br>Reliance Standard Life Insurance Company,<br><br>   Defendant. | Court File No. 17-cv-05134-JRT-DTS<br><br>**RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

I, William D. Hittler, certify that Reliance Standard Life Insurance Company's Responsive Memorandum to Plaintiff's Motion for Summary Judgment complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including footnotes and quotations in the following word count.

I further certify that the above-referenced memorandum contains 3,850 words.

NILAN JOHNSON LEWIS PA

Date: 10/22/18         By:  */s/ William D. Hittler*
                             William D. Hittler (Reg. No. 153916)
                             Leah N. Kippola-Friske (Reg. No. 0395467)
                             120 South Sixth Street, Suite 400
                             Minneapolis, MN 55402-4501
                             Phone: 612-305-7500
                             Fax: 612-305-7501
                             whittler@nilanjohnson.com
                             lkippola-friske@nilanjohnson.com
                             **ATTORNEYS FOR DEFENDANT**