# EXHIBIT 27



RSL001591



RSL001592





RSL001594