## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre,<br><br>                    Plaintiff,<br>v.<br><br>Reliance Standard Life Insurance Company,<br><br>                    Defendant. | Case No.: 17-CV-05134 JRT/DTS<br><br>**PLAINTIFF'S CERTIFICATE OF WORD COUNT COMPLIANCE** |

I, Katherine L. MacKinnon, certify that the memorandum entitled: "Plaintiff's Reply Memorandum in Support of Her Motion for Summary Judgment" complies with Local Rule 7.1(f).

I further certify that in preparation of the above document, I used Microsoft Word and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above document contains the following number of words: **1,640**.

Dated: November 5, 2018

**Respectfully submitted:**
**By: s/ Katherine L. MacKinnon**
Katherine L. MacKinnon (MN#170926)
LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C.
2356 University Ave West #230
St. Paul, MN 55114
Telephone: (952) 915-9215
Facsimile: (952) 915-9217
katemackinnon-atty@msn.com
*Counsel for Plaintiff Melissa McIntyre*