UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre,<br><br>            Plaintiff,<br>v.<br><br>Reliance Standard Life Insurance Company,<br><br>            Defendant. | Case No.: 17-CV-05134 JRT/DTS<br><br>**PLAINTIFF'S AMENDED NOTICE OF HEARING ON HER MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that Plaintiff Melissa McIntyre, by her undersigned counsel, hereby moves the Court for summary judgment against Defendant Reliance Standard Life Insurance Company pursuant to Rule 56 of the Federal Rules of Civil Procedure. Such motion will be presented to the Honorable John R. Tunheim, United States District Court Judge, in Courtroom 15 of the United States District Courthouse, 300 South Fourth Street, Minneapolis, MN at **2:00 P.M. on January 22, 2019.**

Dated: November 7, 2018        **Respectfully submitted:**
                                                **By: s/ Katherine L. MacKinnon**
                                                Katherine L. MacKinnon (MN# 170926)
                                                LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C.
                                                2356 University Ave W. #230
                                                St. Paul, MN 55114
                                                Telephone: (952) 915-9215
                                                Facsimile: (952) 915-9217
                                                kate@katemackinnon.com
                                                *Counsel for Plaintiff Melissa McIntyre*

1