UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre,<br><br>       Plaintiff,<br><br>vs.<br><br>Reliance Standard Life Insurance Company,<br><br>       Defendant. | Court File No. 17-cv-05134 (JRT-DTS)<br><br>**AMENDED NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT OF DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY** |

**TO:   PLAINTIFF ABOVE-NAMED AND HER ATTORNEY KATHERINE L. MACKINNON, LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C., 2356 UNIVERSITY AVENUE W., SUITE 230, ST. PAUL, MN 55114:**

PLEASE TAKE NOTICE that Defendant Reliance Standard Life Insurance Company, by its undersigned counsel, hereby moves the Court for summary judgment on Plaintiff's Amended Complaint, such motion to be presented to The Honorable John R. Tunheim in Courtroom 15, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota on the 22nd day of January, 2019, at 2:00 p.m., under and pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2

NILAN JOHNSON LEWIS PA

Date:  November 9, 2018         By:  s/ William D. Hittler
                                William D. Hittler (Reg. No. 153916)
                                Leah N. Kippola-Friske (Reg. No. 0395467)
                                120 South Sixth Street, Suite 400
                                Minneapolis, MN 55402-4501
                                Phone: 612-305-7500
                                Fax: 612-305-7501
                                whittler@nilanjohnson.com
                                lkippola-friske@nilanjohnson.com

                                **ATTORNEYS FOR DEFENDANT**

4833-2640-0378.1