UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Reliance Standard Life Insurance )<br>Company, )<br>)<br>Defendant. )<br>) | Court File No. 17-cv-05134 (JRT-DTS)<br><br>**SECOND SUPPLEMENTAL AFFIDAVIT OF WILLIAM D. HITTLER** |

STATE OF MINNESOTA )
                   )ss.
COUNTY OF HENNEPIN )

William D. Hittler, being duly sworn on oath, says:

1. This Affidavit is submitted in supplementation of my original Affidavit filed in support of Reliance Standard's Motion for Summary Judgment on October 1, 2018, at Docket No. 19 and Supplemental Affidavit of November 5, 2018, Docket No. 34.

2. Attached as Exhibit 29 (RSL 1619) is a true and correct copy of a surveillance video DVD referred to in the July 1, 2015 Marshall Investigative Group, identified in Reliance Standard's Memorandum of Law, Docket No. 18, at 10. (Hittler Affidavit, Docket No. 19, Exhibit 13; and Supplemental Affidavit, Docket No. 35). This DVD was received by the undersigned counsel on November 12, 2018 and produced to Ms. MacKinnon, counsel for Plaintiff Melissa McIntyre, on November 15, 2018.

2

3. The surveillance video DVD referenced above has been identified to Ms. MacKinnon in a supplemental Rule 26(a) disclosure, which was served on November 5, 2018.

FURTHER YOUR AFFIANT SAYETH NOT.

                                                */s/ William D. Hittler*
                                                William D. Hittler

Subscribed and sworn to before me
this 7th day of December 2018.

    */s/ Deborah Bunnell*
Notary Public