UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre, | Court File No. 17-cv-05134-JRT-DTS |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF SERVICE** |
| Reliance Standard Life Insurance Company, | |
| Defendant. | |

STATE OF MINNESOTA )
                    :ss.
COUNTY OF HENNEPIN )

Deborah Bunnell, being first duly sworn upon oath, deposes and says that on the 15th day of November, 2018, she caused the:

SURVEILLANCE DVD

to be served by United States Mail upon the following:

Katherine L. MacKinnon, Esq.
Nicolet Y. Lyon, Esq.
LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C.
2356 University Ave. W., Suite 230
St. Paul, MN 55114

*s/ Deborah Bunnell*
Deborah Bunnell

Subscribed and sworn to before me
this 7th day of December, 2018.

s/ Notary Public
Notary Public