# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Melissa A. McIntyre, | **COURT MINUTES** |
| Plaintiff, | BEFORE: John R. Tunheim |
| | Chief U.S. District Judge |
| v. | |
| Reliance Standard Life Insurance Company, | Case No: 17-5134 (JRT/DTS) |
| Defendant. | Date: January 22, 2019 |
| | Deputy: Heather Arent-Zachary |
| | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 2:17 pm |
| | Time Concluded: 3:07 pm |
| | Time in Court: 50 Minutes |

Hearing on:

    Defendant's Motion for Summary Judgment [Docket No. 16]

    Plaintiff's Motion for Summary Judgment [Docket No. 28]

## APPEARANCES:

    Plaintiff:    Katherine McKinnon, Nicolet Lyon
    Defendant:    William Hittler, Leah Kippola-Friske

## PROCEEDINGS:

    Motions taken Under Advisement

**\*\*IT IS ORDERED:**

    ☒ Written order forthcoming.

                                            s/Heather Arent-Zachary
                                                      Courtroom Deputy