UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Melissa A. McIntyre, | Court File No. 17-cv-05134 (JRT-DTS) |
| Plaintiff, | |
| vs. | **MOTION FOR SUMMARY JUDGMENT OF DEFENDANT RELIANCE STANDARD LIFE INSURANCE COMPANY** |
| Reliance Standard Life Insurance Company, | |
| Defendant. | |

**TO: PLAINTIFF ABOVE-NAMED AND HER ATTORNEY KATHERINE L. MACKINNON AND NICOLET Y. LYON, LAW OFFICE OF KATHERINE L. MACKINNON P.L.L.C., 2356 UNIVERSITY AVENUE W., SUITE 230, ST. PAUL, MN 55114:**

Defendant Reliance Standard Life Insurance Company hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting its motion for summary judgment under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*, as amended. This motion is based upon the accompanying memorandum of law, Affidavit of William D. Hittler, and the Administrative Record previously filed with the Court.

2

NILAN JOHNSON LEWIS PA

Date: 11/06/20     By:  */s/ William D. Hittler*
　　　　　　　　　　　William D. Hittler (Reg. No. 153916)
　　　　　　　　　　　Leah N. Kippola-Friske (Reg. No. 0395467)
　　　　　　　　　　　250 Marquette Ave. S., Suite 800
　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　Phone: 612-305-7500
　　　　　　　　　　　Fax: 612-305-7501
　　　　　　　　　　　whittler@nilanjohnson.com
　　　　　　　　　　　lkippola-friske@nilanjohnson.com

**ATTORNEYS FOR DEFENDANT**

4834-7691-4896.1

2